United States District Court
Southern District of Texas
**ENTERED**
November 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHAO QIN WENG, | § § | |
| Petitioner, | § § | |
| vs. | § § | CIVIL ACTION NO. H-25-4782 |
| KRISTI NOEM, *et al.*, | § § § | |
| Respondents. | § § | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

The petitioner, Chao Qin Weng, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") officials at the Montgomery County Processing Center in Conroe, Texas. Through counsel, he filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging his ongoing detention by federal officials. (Dkt. 1). The Court ordered an expedited answer from the respondents, and they responded with a motion for summary judgment. (Dkts. 7, 11).

Weng has now filed motion for an extension of time to respond to the motion for summary judgment. (Dkt. 12). He notes that the Department of Homeland Security has denied his I-485 application for adjustment of status since he filed his petition, and counsel needs additional time to assess the impact of that decision on these proceedings. He seeks an additional seven (7) days in which to respond to the

motion.

Having reviewed the motion and all matters of record, the Court **ORDERS** that the motion for extension of time, (Dkt. 12), is **GRANTED**. Weng's response to the respondents' motion for summary judgment is now due by **November 11, 2025**.

The Clerk of Court will provide a copy of this Order to the parties.

SIGNED at Houston, Texas on _____Nov 6_____, 2025.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE