United States District Court
Southern District of Texas
**ENTERED**
December 05, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHAO QIN WENG, | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-25-4782 |
| | § | |
| KRISTI NOEM, *et al.,* | § | |
| | § | |
| *Respondents.* | § | |

**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL**

The petitioner, Chao Qin Weng, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") officials at the Montgomery County Processing Center in Conroe, Texas. Through counsel, he filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging his ongoing detention by federal officials. (Dkt. 1).

After the respondents filed a motion for summary judgment, Weng filed a motion for voluntary dismissal under Rule 41(a)(2) of the Federal Rules of Civil Procedure. (Dkt. 15). Weng alleges that his original petition was predicated on his pending application for adjustment of status and the rights attendant to that pending application. (*Id.* at 2). After Weng filed his petition, the United States Citizenship and Immigration Service denied his application. (Dkt. 12-1). Because Weng no longer has an application pending with USCIS, he no longer has a legal basis for

habeas relief. (Dkt. 15, p. 2). He requests that the Court dismiss his petition without prejudice. (*Id.*). The respondents have not responded to the motion, and their time to do so has now expired.

Based on the foregoing, the Court **ORDERS** as follows:

1. Weng's Motion for Voluntary Dismissal, (Dkt. 15), is **GRANTED**.

2. This action is **DISMISSED without prejudice**.

3. Any pending motions are **DENIED as moot**.

4. A certificate of appeal is denied as unnecessary. *See Pack v. Yusuff*, 218 F.3d 448, 451 n.3 (5th Cir. 2000).

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas on _____Dec 5_____, 2025.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE

2