United States District Court
Southern District of Texas
**ENTERED**
December 05, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHAO QIN WENG, § | |
| § | |
| *Petitioner*, § | |
| § | |
| vs. § | CIVIL ACTION NO. H-25-4782 |
| § | |
| KRISTI NOEM, *et al.*, § | |
| § | |
| *Respondents*. § | |

## ORDER OF DISMISSAL

For the reasons set forth in the Court's Order Granting Motion for Voluntary Dismissal entered on this date, this action is **DISMISSED without prejudice**.

The Clerk shall provide a copy of this Order of Dismissal to the parties.

SIGNED at Houston, Texas on _____Dec 5_____, 2025.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE